# AMDA NY PERFORMING ARTS LIBRARY

## HOURS OF OPERATION (subject to change)

**Monday through Thursday: 9:00am-9:30pm**
**Friday: 9:00am-7:00pm**
**Saturday and Sunday: 12:00-7:00pm**
Contact the Library at 212.957.3315 for current hours.

## Library Overview

The AMDA NY Performing Arts Library supports the study, research and performance needs of AMDA faculty, students and alumni with an extensive collection of books, play scripts, screenplays, scores, libretti, songbooks, sheet music, playbills and audiovisual materials.

The Library offers a quiet reading room, access to audio and video stations, computers and printers, Wi-Fi, and a copy machine. Performing arts materials are easily accessible and are housed either in the main Library or across the hall in the Library Archive. Instructional materials are available to support faculty curriculum development and research for all disciplines.

Personal Library tours and orientation sessions are available upon request.

## The Collections

The Library collects books and other materials in the subject areas of critical studies, acting, musical theatre, dance, singing, musicianship, improvisation, stage combat, production, and film and television. The Library shares a database with the AMDA LA Library, which gives students access to thousands of additional scores, libretti, songbooks, sheet music, and other materials.

The Library maintains its first-class standing by encouraging and coordinating the participation of the AMDA community in identifying and acquiring additional resources. The Librarian and faculty continually refine the collection to support curricular needs, current holdings and emerging trends. The collection primarily focuses on materials that will support student coursework or performance knowledge, skill and technique. The ancillary reference collection is enhanced each semester to provide additional materials aligned with course syllabi.

## Library Policies

- Patrons must have a valid AMDA ID card to access the collections.

- Questions regarding collection organization and access should be directed to librarians.
- Sheet music may be purchased for $1.00/song (subject to change); the limit is five songs per day. Exact change is required. The Library makes every effort to make copies available immediately, but reserves the right to ask patrons to return within 24 hours to pick up ordered music.
- Computers may be reserved for 20-minute appointments at the main Library desk.
- Students may use personal laptops, but are requested to bring power cords and have them plugged in.
- Food, drink and cell phones are not permitted.
- The Library is not responsible for lost or stolen items.
- Students displaying disorderedly conduct that is disruptive to others will be asked to leave and may lose library privileges.

## Copyrighted Materials

Federal copyright law prohibits the reproduction, distribution, public display, or public performance of copyrighted materials without permission of the copyright owner, unless fair use or another exemption under copyright law applies. Copyright laws can apply not only to books, screenplays, and scripts, but to music, movies, photographs, and software. You can incur severe penalties for violating copyright laws.

Students are expected to abide by these rules and policies. Failure to do so may result in disciplinary action. In appropriate circumstances, AMDA will terminate the Library access of users who are found to have repeatedly infringed the copyrights of others.

Photocopies may be made for purposes such as criticism, comment, news reporting, teaching, scholarship, or research as long as the reproduction or distribution is made without any purpose of direct or indirect commercial advantage.

**Copyright and Fair Use Resources:**
- **American Library Association, Copyright**
  ala.org/advocacy/copyright
- **Library of Congress, U.S. Copyright Office**
  copyright.gov
- **Music Library Association Copyright Guide**
  copyright.musiclibraryassoc.org



# INFORMATION TECHNOLOGY

## Use of Facilities and IT Services

Computers and network access are provided to students primarily for their educational use. Students may not attempt to damage or to degrade the performance of AMDA's computers or networks. Students may not attempt to circumvent security systems. Students assume personal responsibility for the use of their accounts. Consequently, students may not disclose their passwords or otherwise make AMDA's facilities available to unauthorized individuals (including family or friends). Moreover, the possession or collection of others' passwords, PINs, private digital certificates, or other secure identification information is prohibited. Use of AMDA's computers and networks for business-related purposes is prohibited.

## Privacy of Information

Information stored on a computer system or sent electronically over a network is the property of the individual who created it. Examination, collection, or dissemination of that information without authorization from the owner is a violation of the owner's rights to control his/her own property. System administrators, however, may gain access to users' data or programs when it is necessary to maintain or prevent damage to systems or to ensure compliance with other institutional rules.

Computer systems and networks provide mechanisms for the protection of private information from examination. These mechanisms are necessarily imperfect and any attempt to circumvent them or to gain unauthorized access to private information (including both stored computer files and messages transmitted over a network) will be treated as a violation of privacy and will be cause for disciplinary action.

In general, information that the owner would reasonably regard as private must be treated as private by other users. Examples include the contents of electronic mailboxes, the private file storage areas of individual users, and information stored in other areas that are not public. Even if measures have not been taken to protect such information, the information is still considered protected and it is prohibited for other community members to inspect it. AMDA system administrators may inspect it, if necessary, for the limited purpose of preventing damage to the system or ensuring compliance with institutional rules.

On shared and networked computer systems, certain information about users and their activities is visible to others. Users are cautioned that certain accounting and directory information (for example, user names and electronic mail addresses), certain records of file names and executed commands, and information stored in public areas, are not private. Nonetheless, such unsecured information about other users must not be manipulated in ways that they might reasonably find intrusive. For example, eavesdropping by computer and systematic monitoring of the behavior of others are likely to be considered invasions of privacy that would be cause for disciplinary action.

## Electronic Communication

AMDA neither sanctions nor censors individual expression of opinion on its systems. The same standards of behavior, however, are expected in the use of electronic mail as in the use of telephones and written and oral communication. Therefore, electronic mail, like telephone messages, must be neither

CONTINUED »

# INFORMATION TECHNOLOGY
[ CONTINUED ]

obscene nor harassing. Similarly, messages must not misrepresent the identity of the sender and should not be sent as chain letters or "broadcast" indiscriminately to large numbers of individuals. This prohibition includes unauthorized mass electronic mailings. For example, e-mail on a given topic that is sent to large numbers of recipients should in general be directed only to those who have indicated a willingness to receive such e-mail.

## Social Networking

Any content posted online may remain publicly available, even if deleted. On many social networking sites, any photo or text you post online becomes the property of the site.

Post only information that you are completely comfortable with anyone seeing. Remember that employers can and do research potential hires online.

## Usage Guidelines

**As a condition of use of AMDA computing facilities and services, students agree to:**
- Respect the privacy of other users
- Assume responsibility for appropriate use
- Be careful, honest, responsible and civil in the use of computers and networks

- Respect the legal copyright and license protections for applications and data. (For example, users may not make copies of licensed computer apps to avoid paying fees.)
- Refrain from illegal downloading or sharing of music, movies or any other protected materials
- Refrain from behaviors that interfere with others' use or enjoyment of computer centers, such as loud talking, playing music or leaving personal belongings or trash in common areas

## Digital and Information Technology Misconduct

In addition to violating AMDA policies, certain computer misconduct is illegal and subject to criminal or civil penalties. Such misconduct includes: knowingly gaining unauthorized access to a computer system or database; falsely obtaining electronic services or data without payment of required charges; intentionally intercepting electronic communications; and obtaining, altering or destroying others' electronic information. Serious legal penalties may result from the use of AMDA equipment, facilities or network to violate copyright laws via prohibited or illegal reproduction and sharing. Moreover, students may be held responsible for misuse that occurs by allowing a third party to access their own computer, accounts or network connections.





# STUDENT PHYSICAL AND MENTAL HEALTH

In order to take full advantage of the intense training at AMDA, students should be in good physical and mental health. Part of the training plan is to develop and maintain good health habits. This is why we require students to have an AMDA Health Certificate completed by a physician prior to attending.

results to AMDA. The therapist and the voice teacher will work in concert to determine the best course of action for the student. Depending on the seriousness of the situation, the student may or may not be required to leave school until the condition becomes stabilized or a prescribed program of therapy is completed successfully.

To maintain top physical and mental condition, students must eat properly, drink plenty of fluids, get plenty of sleep and manage time to allow for rehearsals and homework.

AMDA strongly suggests that students have adequate funds to cover medical care and emergencies while enrolled. It is the student's responsibility to arrange for health insurance coverage while at AMDA. AMDA is not responsible for medical bills incurred during a student's enrollment. If students are insured on a parent's policy, the student should be sure to obtain policy numbers and details regarding coverage.

If AMDA faculty or staff becomes concerned that a student has a problem with vocal nodes, the student may be required to have an evaluation by an appropriate professional at his/her own expense and submit the

AMDA reserves the right to request or require a student to withdraw from the school and residential housing or take other appropriate actions for reasons pertaining to the student's mental or physical health if the student's behavior poses a potential threat to themselves or others, or when the student's behavior significantly disrupts other students' participation in AMDA educational programs. AMDA further reserves the right to request that a student submit written medical clearance from a mental health or medical practitioner/specialist before returning to school or being allowed to live in AMDA residential housing. AMDA acknowledges that each situation is unique to the individual's circumstances. Readmission to AMDA after such withdrawal will be on a case-by-case basis and is not guaranteed.

# AMDA CODE OF CONDUCT

## Overview

All enrolled students accept the rights and responsibilities of membership in the AMDA community. These responsibilities include (but are not limited to):

- maintaining awareness and understanding of AMDA community standards of behavior articulated in the Campus Code of Conduct and other policies in this Handbook, the Course Catalog, the Housing License, and related documents

- abiding by those standards when on campus, in AMDA housing facilities, representing AMDA off campus or attending AMDA-related on and off campus

- maintaining familiarity with amendments and updates to the Code of Conduct and all related policies

**Further information:**

- For the **Housing Code of Conduct**, students should refer to the Housing License.

- The Appendix for this Handbook includes information on:
  o Sexual Harassment, Misconduct, Assault and Discrimination Policies
  o Drug and Alcohol Abuse
  o Accommodations for Students with Disabilities
  o Students' Rights and Privacy
  o Non-Academic Disciplinary Process

## Basic Rules of Conduct

AMDA students are expected to conduct themselves as responsible and mature members of both the AMDA community and the general community. Behaviors that pose a perceived or potential threat to the health, safety or security of the AMDA community (or any individual within the AMDA community) and behaviors that disrupt educational activities or artistic pursuits are subject to review and possible sanctions, including dismissal from school. AMDA reserves the right to modify or change the Code of Conduct at any time.

## Cooperation with AMDA

Students are required to comply with and immediately respond to any requests made by AMDA. Such requests may include but are not limited to: showing proper identification, returning voicemail messages and e-mails, allowing access to rooms in housing and evacuating the premises.

## Laws and Statutes

Students are required to comply with all federal, state, and local laws and statutes. Alleged violations are subject to internal investigation, review and action in addition to action by the proper authorities.

## Responsibility to Report

Students are obligated to immediately report the following to the Education Department: awareness of the consumption, possession, distribution, sale or transfer of illegal substances on campus or in housing; any information relating to a threat or perceived threat to a student's health, safety or well-being.

## Cooperation with Law Enforcement Agencies

AMDA's internal disciplinary processes are in no way a substitution for criminal investigations, arrests, and any legal or judicial processes that may be initiated and executed by a city, county, state or federal authority. AMDA reserves the right to report to and cooperate with the proper authorities regarding alleged unlawful activities. Likewise, processes executed by outside agencies may run concurrently with (and do not supplant) internal AMDA proceedings.

AMDA students are responsible for knowing and abiding by all AMDA rules for conduct as presented throughout this Handbook, the Course Catalog (academic codes), the Housing Contract (codes for AMDA residences), and other documents provided to students. AMDA reserves the right to amend and modify its Code of Conduct.

**Alcohol:** Alcohol is prohibited on AMDA's campus, regardless of legal age. The consumption, possession, distribution, sale or transfer of alcohol is prohibited. Any violation will result in disciplinary sanctions up to and including dismissal from school. Students who are knowingly present during the commission of such violation will also be subject to disciplinary sanctions. The use of alcohol containers as props (whether empty or full) is prohibited. For further detailed information about AMDA's drug and alcohol policy, please refer to "Drug and Alcohol Abuse Information" in the Appendix.

**Animals:** Animals are not permitted on campus. For information regarding service animals, please see the Accommodations for Students with Disabilities policy in the Appendix of this Handbook.

**Anti-Bullying Policy:** Bullying is defined as the aggressive and hostile acts of an individual or group of individuals who are intending to humiliate; mentally or physically injure or intimidate; and/or control another individual or group of individuals. Such aggressive and hostile acts can occur as a single, severe incident or repeated incidents, and may manifest itself in the following forms:
- Physical Bullying includes pushing, shoving, kicking, poking, and/or tripping another person; assaulting or threatening a physical assault; damaging a person's work area or personal property; and/or damaging or destroying a person's work product.
- Verbal/Written Bullying includes ridiculing, insulting or maligning a person, either verbally or in writing; addressing abusive, threatening, derogatory or offensive remarks to a person; and/or attempting to exploit an individual's known intellectual or physical vulnerabilities.
- Nonverbal Bullying includes directing

threatening gestures toward a person or invading personal space after being asked to move or step away.
- Cyber bullying is defined as bullying an individual using an electronic medium, including but not limited to: the Internet, interactive and digital technologies, or mobile phones.

**Campus Admittance:** No one other than enrolled AMDA students, staff, faculty, approved alumni and those having official business with AMDA or the building are permitted on campus. (See "Guests," page 14.)

**Classroom Attire:** Students should refer to individual syllabi for a detailed explanation of individual classroom attire. The following items are prohibited: sandals, flip-flops and miniskirts.You may be required to cover body artwork. Students not meeting attire requirement will be considered unprepared may be asked to leave the classroom.

**Communications, Bulletin Boards and E-mail:** Students are responsible for reading AMDA bulletin boards and AMDA e-mail every day as they are the primary method of communication. All class information including schedule changes and room assignment changes will be posted on section boards and sent to student e-mails. Jobs, free or discounted theatre tickets and other information may also be posted and e-mailed. AMDA is only responsible for postings directly related to AMDA events. All postings and e-mails must be approved by the Education Department. Unapproved postings and e-mails will be removed.

**Confiscated Items:** AMDA reserves the right to confiscate any and all illicit items and substances, including, but not limited to, weapons, alcohol, drugs, and any related paraphernalia. Any and all illicit items and substances confiscated by AMDA will be properly disposed of, regardless of value or ownership.

**Damage:** The damage, destruction, or abuse of personal or school property will be subject to disciplinary review and may be subject to criminal action. In addition, a damage fee may be charged to the student's account. Refer to the respective semester's Housing License for a list of damage charges.

**Dangerous Objects:** The possession, use, transfer, or sale of any object that may cause injury or death to oneself or

CONTINUED »

# AMDA CODE OF CONDUCT
[ CONTINUED ]

others or the destruction of AMDA property, including but not limited to: firearms, knives, swords, spray paint, fireworks or explosives is strictly prohibited on AMDA's campus and in housing areas. Violations of this policy may result in immediate expulsion from school.

**Disorderly Behavior:** AMDA maintains a zero tolerance policy against disorderly conduct including public nudity on AMDA property, indecent behavior and conduct that is disruptive, offensive, or presents a risk of physical harm to self, property, or other persons at any time. Such behavior will result in disciplinary and possible police investigation.

**Drugs:** The consumption, possession, distribution, sale or transfer of controlled or illegal substances is prohibited on AMDA's campus and housing. The possession or use of marijuana on AMDA's campus or in AMDA buildings is prohibited under federal law and AMDA's policies. Medical marijuana is prohibited on campus and in AMDA buildings under federal law and AMDA's policies. The possession or use of paraphernalia that can reasonably be linked to drug activity is also a violation of this policy. Violation of this policy may result in immediate dismissal from school, and may have legal ramifications. Students who are knowingly present during the commission of such a violation may also be subject to disciplinary sanctions. Proper use of and possession of medications prescribed by the student's physician is allowed. For further information about AMDA's drug and alcohol policy, please refer to "Drug and Alcohol Abuse Information" in the Appendix.

**Drug Testing:** If an AMDA official believes that an instance of drug abuse has occurred, the school may require that students submit to a drug screening at their own cost.

**Electronic Devices:** Cell phones, laptops and recording devices are not permitted for use in classrooms unless requested by a faculty member.

**Fire Safety Equipment:** The tampering with or disabling of smoke detectors or fire extinguishers is strictly prohibited. The deliberate triggering of fire alarms absent an actual fire emergency is also strictly prohibited. Violations of this policy are serious offenses and will result in disciplinary and/or criminal action.

**First Aid and AED Equipment:** Each reception or front desk area has basic first aid supplies for minor injuries, including but not limited to: ice packs, bandages, antiseptic cream, etc. Additionally, each AMDA building is equipped with at least one AED machine (Automated External Defibrillator). Tampering with these materials or devices will result in disciplinary and/or criminal action.

**Free or Discounted Tickets to NYC Performances:** Free or discounted tickets to Broadway, off-Broadway or other NYC performances are often given to AMDA and will be made available to students via the bulletin board across from the library on the 4th floor of the 61st Street building. Interested students should check this board daily for free and discounted tickets to various theatre and film performances in and around the city. Students who sign up for tickets and then fail to attend the performance risk losing this privilege for the remainder of the semester. Tickets are for AMDA students, alumni, staff and faculty only. Securing tickets for friends or relatives outside of AMDA is prohibited.

**Graduation Ceremony :** AMDA's Graduation Ceremony is a private event for students and invited guests which is held to celebrate the accomplishments of our students as they complete their studies at AMDA and begin their careers. The event is a celebration of academic success and therefore is held with the utmost decorum and dignity. Students and invited guests are expected to conduct themselves in accordance with AMDA's Code of Conduct and to conform with common sense standards of behavior, dress and speech. If a guest violates any of these standards during the ceremony, or if AMDA has a good faith belief (based on credible information) that a guest will violate any of these standards if he or she attends the ceremony, AMDA may, at its discretion, escort the guest out of the ceremony or prohibit the guest from attending the ceremony.

While AMDA welcomes family, friends and other invited guests to take amateur pictures and video of the event with cameras, phones or other small, mobile recording devices from their seats and at appropriate times, such pictures and video are strictly for personal use.

AMDA prohibits professional or documentary-style photography and/or videography at the ceremony by any individual or third party company, other than official AMDA contractors. All professional photography and/or videography is the sole property of AMDA and no other party, without prior express,

written consent, has legal permission to photograph or video any portion of the ceremony for professional or documentary-style usage. Additionally, AMDA prohibits the use of any additional lighting or sound equipment by any student or invited guest, without prior express, written consent of AMDA.

**Gift Giving:** Individual students should not give gifts to faculty or staff while they are enrolled. However, a small token of appreciation to a faculty member may be given provided it is given from the entire section of students.

**Guests:** Immediate family members may visit, but the student must first obtain and complete a Family Visitor Pass Request. After receiving approval, visiting family members will be permitted. Family members may not visit classes or demonstrations and are not permitted to stay overnight in housing. Family Visitor forms must be completed and submitted to the Director of Security at least 48 hours in advance of visit. Family Visitor forms are available online and are located at the front desk of the Stratford Arms and Amsterdam Residence Halls. Visitor forms only need to be filled out once each semester for each authorized guest. Students are not permitted to invite or escort any non-family guest into any school-related facility, including housing and academic facilities, at any time. Additionally, guests may not loiter in any area of the lobby or in the immediate vicinity of any housing facilities. Only AMDA students with proper student ID are authorized to enter. Therefore, students are to remember to carry their student ID with them at all times.

**Harassment:** Harassment is conduct that unreasonably interferes with an individual's performance, or creates an intimidating, hostile, or offensive environment. Threats to the health, safety, or welfare of others will not be tolerated and will result in disciplinary and/or police investigation. *See also: Sexual Harassment.*

**Neutral Appearance:** AMDA students must maintain a neutral appearance while in classes and rehearsals. Students must enter class with the same preparation required for a professional audition or rehearsal, both in terms of work preparation and personal appearance. No excessive body ornamentation, adornment or accessory is permitted in class. All jewelry, including body piercings, must be removed before entering class. You may be required to cover body artwork. Hair coloring of an extreme nature is not permitted.

**Noise:** When outside of the classroom, it is expected that students conduct themselves and speak in a quiet manner. Be aware that there are anti-noise ordinances governing public areas, particularly during nighttime hours. If a request is made to lower volume, students must comply in accordance with both New York City law and AMDA policy.

**Personal Hygiene:** It is imperative that AMDA students maintain proper personal hygiene at all times. This includes but is not limited to showering regularly, wearing deodorant, wearing clean clothes that have been laundered regularly and brushing teeth. Perfumes, lotions and scented oils, etc. are not permitted.

**Recording:** Students must abide by all local, state and federal laws when recording another person using video, audio or both.

**Rehearsal Space:** Rehearsal space in available on a first-come, first-served basis. Students must leave their student ID card with the receptionist in order to reserve rehearsal space.

**Self-Injurious Threats/Behaviors:** Behavior that threatens to injure or endanger the health, safety or welfare of oneself is unacceptable, will not be tolerated and will result in medical or psychological investigation that may lead to dismissal from AMDA.

**Sexual Assault:** AMDA does not tolerate sexual assault and makes it a priority to enforce our policies in order to protect members of the campus community, including visitors, from sexual assaults. AMDA offers any student, faculty or staff member who survives a sexual assault that occurs within the context of the school community support to enable them to continue to pursue their academic or career goals. Sex crimes (including but not limited to sexual assaults and rapes) represent violations of criminal and civil law, and constitute serious breaches of student conduct. See the "Sexual Misconduct and Assault Policies" in the Appendix for more information.

**Sexual Harassment:** AMDA does not tolerate sexual harassment. Sexual harassment does not refer to occasional compliments or behavior of a socially acceptable nature. (Remember, what is socially acceptable to one person may not be to another.) It refers to conduct that is unwelcome, personally offensive, or disrespectful of the rights of others.

# AMDA CODE OF CONDUCT
## [ CONTINUED ]

See "Sexual Harassment, Misconduct, Assault and Discrimination Policies" in the Appendix for more information.

**Smoking:** AMDA strongly suggests that students stop smoking prior to beginning their training. Smoking affects stamina and vocal health in critical ways. Since all classes, even dance classes, require the use of your voice, a healthy instrument is vital. AMDA is a nonsmoking facility and smoking is not permitted in campus housing or on campus premises. If a student must smoke, it is only allowed in designated areas.  The use of e-cigarettes in places where smoking is prohibited is not allowed.

**Social Networking Between Students and Faculty/Staff:** Students are not permitted to extend social networking invitations (e.g., Facebook friend requests) to faculty or staff while enrolled at AMDA.

**Studio Usage:** AMDA reserves the right to regulate the use of studio space and will institute disciplinary action for any use that is deemed inappropriate by AMDA administration. Studio space may not be used for individual profit-generating purposes. Studios must be returned to neutral after every use. Neutral studio standards are posted in each classroom.

**Weapons:** Students are prohibited from possessing firearms, knives or any device that has the appearance or function of a serviceable weapon while on campus or in housing. Prop weapons may be used in classes and performances with approval or supervision of AMDA faculty or staff.



# APPENDIX

Sexual Harassment, Misconduct,
Assault and Discrimination Policies ......... 20

Drug and Alcohol Abuse Information ......... 23

Accommodations for Students with Disabilities ......... 25

Students' Rights and Privacy ......... 27

Non-Academic Disciplinary Process ......... 33

Contacts ......... 35

Academic Calendar ......... 35

# Sexual Harassment, Misconduct, Assault and Discrimination Policies

AMDA does not tolerate sexual harassment or discrimination in any form. Sexual harassment is a form of sex discrimination.

## Sexual Harassment and Discrimination

**DEFINITIONS:**
**Discrimination** is any decision, act, or failure to act that improperly interferes with or limits a person's or group's ability to participate in or benefit from the services, privileges, or activities of the college, or otherwise adversely affects a person's employment, education, or living environment when such decision, act, or failure to act is based on race, color, religion, national origin, ethnic origin, ancestry, citizenship, sex (including pregnancy, childbirth, or related medical conditions), sexual orientation, gender (including gender identity and expression), marital status, age, physical or mental disability, medical condition, genetic characteristics, veteran status, or any other characteristic protected by applicable law (or based on a perception that an individual has such characteristics or associates with others who have, or are perceived to have, such characteristics).

**Sexual harassment** includes unwelcome sexual advances, requests for sexual favors, and other unwelcome written, verbal, or physical conduct of a sexual nature when:

• submission to such conduct is made explicitly or implicitly a term for a reward;
• submission to or rejection of such conduct is used as punishment;
• such conduct has the purpose or effect of unreasonably interfering with an individual's working or learning environment by creating an intimidating, hostile, or offensive environment.

Sexual harassment does not refer to occasional compliments or behavior of a socially acceptable nature. (Remember, what is socially acceptable to one person may not be to another.) It refers to conduct that is unwelcome, personally offensive, or disrespectful of the rights of others. It applies to any harassment by AMDA faculty, staff or students. The victim and harasser can be of any gender identification, and the victim and harasser can be the same sex.

Examples of conduct that may constitute sexual harassment include sexual propositions, sexual innuendoes, suggestive comments, suggestive jokes or pictures, graphic commentaries, suggestive or insulting sounds, leering, whistling, obscene gestures, unwanted physical contact of any type, and conditioning of any academic decision upon consent to sexual contact or relationship. Any student who believes that he or she has been the subject of sexual harassment should report this immediately to the Student Services or Education Department or a designated member of the administrative staff. All complaints are handled in a serious and timely manner and are kept confidential to the extent possible while being evaluated. If the complaint is determined to be valid, appropriate disciplinary action will be taken.

## Sexual Misconduct and Assault

AMDA does not tolerate sexual misconduct or sexual assault in any form. Sexual assault is a form of sexual misconduct.

**DEFINITIONS:**
**Sexual misconduct** is the commission of a sexual act, whether by a stranger or nonstranger and regardless of the gender of any party, which occurs without indication of consent. Sexual misconduct encompasses a range of behaviors that can create a hostile educational environment, including sexual assault and sexual harassment. Here are some of the behaviors that constitute and may accompany sexual misconduct:

• Sexual Assault
• Sexual Harassment
• Non-consensual Sexual Contact
• Sexual Exploitation
• Harm to Others
• Retaliation
• Domestic Violence
• Dating Violence
• Stalking

**Sexual assault** is any unwanted physical contact of a sexual nature that occurs by force or threat of force, without the affirmative consent of each person, or when a person is incapacitated or otherwise is unable to give consent freely. Affirmative consent means "affirmative, conscious, and voluntary agreement to engage in sexual activity." It is the responsibility of each person to ensure consent from their partner. Consent must be ongoing throughout the entire sexual experience. A lack of protest or resistance does not mean consent, nor does silence mean consent. An existing dating relationship or past sexual relations does not automatically equal consent. Consent is revocable.

Some examples of physical contact of a sexual nature are touching or attempted touching of another person's breasts, buttocks, inner thighs, groin, or genitalia, either directly or indirectly, or sexual penetration (however slight) of another person's oral, anal or genital opening. Sexual assault includes, but is not limited to, rape, sodomy, oral copulation, sexual battery, sexual penetration with an object, forcible fondling (e.g., unwanted touching or kissing for purposes of sexual gratification), or threat of sexual assault.

AMDA attempts to protect members of the campus community, including visitors, from sexual assault and offers any student, faculty or staff member who survives a sexual assault that occurs within the context of the school community support to enable them to continue to pursue their academic or career goals.

Sex crimes, including but not limited to sexual assaults and rapes represent violations of criminal and civil law, and constitute serious breaches of student conduct. All parties should explicitly agree to any sexual activity that occurs. Verbal communications of non-consent, non-verbal acts of resistance or rejection, or mental impairment of the victim due to any cause, including the victim's use of alcohol or drugs, may constitute lack of consent. The use of alcohol or drugs will not be accepted as an explanation for the actions of any individual charged with a violation of this policy.

**Dating violence** is controlling, abusive, and aggressive behavior in a romantic relationship with partners of any sexual orientation or gender. It can include verbal, emotional, physical, sexual abuse, or a combination.

**Domestic violence** is abuse committed against an adult or a minor who is a spouse, former spouse, cohabitant, former cohabitant, or person with whom the suspect has had a child or is having or has had a dating or engagement relationship. For purposes of this subdivision, "cohabitant" means two unrelated adult persons living together for a substantial period of time, resulting in some permanency of relationship.

**Physical Stalking** is committed when a person intentionally and for no legitimate purpose, engages in a course of conduct directed at a specific person, and knows or reasonably should know that such conduct is likely to cause fear of material harm to the physical, mental, or emotional health, safety or property of such person, a member of such person's immediate family or a third party with whom he or she is acquainted. This could include creating reasonable fear that such person's employment, business or career is being threatened. This is typically accomplished by following someone or appearing at their home, school or place of business, making harassing phone calls, leaving messages or objects, or vandalizing the person's property.

**Cyber Stalking** is similar behavior as physical stalking through the use of the Internet or other electronic means to accomplish the same end.

CONTINUED »

# APPENDIX
## [ SEXUAL MISCONDUCT AND ASSAULT POLICIES ]

## Reporting

AMDA encourages any individual who has been sexually assaulted to make a report to AMDA and to local law enforcement. AMDA also encourages any individual who has been sexually assaulted to seek assistance from a medical professional and law enforcement immediately after an incident of sexual violence to ensure preservation of evidence and to begin a timely investigative and initiate an immediate response.

Students who have experienced or witnessed a sexual assault should contact the Student Affairs or Education Department to make a report and access support resources. Students should refer to page 15 of AMDA's Annual Security Report, located on the AMDA website, for sexual misconduct reporting procedures.

AMDA is committed to protecting the privacy and confidentiality of personal, identifiable information to the extent possible, subject to provisions of state and federal law. Other than as required by laws that guarantee public access to certain types of information, or in response to subpoenas or other legal instruments that authorize disclosure, personal, identifiable information will not be disclosed without the individual's consent.

## Disciplinary Exclusions during Title IX Investigations

An individual who participates as a complainant or witness in an investigation of sexual assault, domestic violence, dating violence, or stalking will not be subject to disciplinary sanctions for a violation of the Code of Conduct at or near the time of the incident, unless the violation was egregious, including but not limited to an action that places the health or safety of any other person at risk or involves plagiarism, cheating, or academic dishonesty.

## Resources

A student survivor of sexual assault has a number of resources available both on campus and within the community:

**CAMPUS RESOURCES:**
* Security, 212.957.3391
* Reception, 212.957.3301
* Student Affairs, 212.957.3351

* Title IX Coordinator, Deborah Long, 323.603.5962, dlong@amda.edu

**COMMUNITY RESOURCES:**
* New York Police (24 hrs) 911 or 212.767.8400
* Urgent Care Manhattan 212.721.4200
* Bellevue Hospital Sexual Assault Response Team SAFE Center, 212.562.3435
* New York Presbyterian Hospital DOVE (Domestic and Other Violent Emergencies) Program, 212.305.9060
* St. Luke's Roosevelt Hospital Crime Victims Treatment Center, 212.523.4728
* New York Counseling Center 212.362.1086

**24-HOUR HOTLINES:**
* New York State Campus Sexual Assault Hotline 844.845.7269
* Safe Horizon, 212.227.3000
* National Sexual Assault Hotline, 800.656.HOPE (4673)
* National Resource Center on Domestic Violence Hotline 800.799.SAFE (7233)