

August 28, 2017

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

<u>VIA ECF</u>

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   John Doe v. The American Musical and Dramatic Academy, *et al*
      Civil Action No.:   15-cv-8993

Dear Judge Oetken:

Plaintiff, John Doe and Defendants, The American Musical and Dramatic Academy and Trustees of the American Musical and Dramatic Academy write to advise that they have reached a settlement in principle which they expect will be formalized in the next thirty (30) days.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride

cc:   Tahanie Aboushi, Esq.
      *Attorneys for Plaintiff*
      (via ECF)