UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

          Plaintiff,

-against-

THE AMERICAN MUSICAL AND DRAMATIC ACADEMY ("AMDA") AND TRUSTEES OF THE AMERICAN MUSICAL AND DRAMATIC ACADEMY,

          Defendants.

Civil Action No.:
15-CV-8993

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff JOSEPH WHEATLE and THE AMERICAN MUSICAL AND DRAMATIC ACADEMY ("AMDA") AND TRUSTEES OF THE AMERICAN MUSICAL AND DRAMATIC ACADEMY ("collectively Defendants") that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed with prejudice and without costs or attorneys' fees to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED, by and between the Plaintiff and Defendants that a facsimile copy of this Stipulation shall have the same binding effect as an original thereof.

Dated: New York, New York
      August 9/8, 2017

THE ABOUSHI LAWFIRM, PLLC

_____
Tahanie Aboushi, Esq.
Attorneys for Plaintiff
1441 Broadway, Ste. 5036
New York, N.Y., 10018
Phone: (212) 391-8500

So-Ordered

_____
J. PAUL OETKEN
United States District Judge

KAUFMAN BORGEEST & RYAN LLP

_____
Joan M. Gilbride
Attorneys for Defendants
120 Broadway, 14th Floor
New York, New York 10271
Phone: (212) 980-9600

> Pursuant to this stipulation, Defendants The American Musical and Dramatic Academy and Trustees of The American Musical and Dramatic Academy are dismissed from this action.
> This action remains open as to Defendant Jane Doe.
> The motion for summary judgment at Docket Number 66 is denied as moot.
> So ordered: 9/8/17

_____
J. PAUL OETKEN
United States District Judge